**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. John Klausmeier, | ) | |
| | ) | Case No. 2:22-cv-01474-DCN |
| Plaintiff-Relator, | ) | |
| | ) | |
| v. | ) | |
| General Dynamics Electric Boat | ) | **FILED EX PARTE AND** |
| Corp.; W International, LLC; W | ) | **UNDER SEAL** |
| International SC, LLC; Precision | ) | |
| Material Handling Equipment, LLC; | ) | |
| Edward Walker, | ) | |
| | ) | |
| Defendants. | | |

**ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31

U.S.C. § 3730(b)(4), for the purposes of settlement, the Court rules as follows:

IT IS ORDERED that,

1.    the Relator's Complaint, the Government's Notice of Intervention, and this Order

be unsealed;

2.    all other papers or Orders on file in this matter shall remain under seal; and

3.    the seal shall be lifted on all matters occurring in this action after the date of this

Order.

**IT IS SO ORDERED.**

_____
The Honorable David C. Norton
United States District Court Judge

March 13, 2026

Charleston, South Carolina