**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. John Klausmeier, <br><br> Plaintiff-Relator, <br><br> v. <br><br> General Dynamics Electric Boat Corp.; W International, LLC; W International SC, LLC; Precision Material Handling Equipment, LLC; Edward Walker, <br><br> Defendants. | ) <br> ) <br> ) Case No. 2:22-cv-01474-DCN <br> ) <br> ) <br> ) <br> ) **FILED EX PARTE AND** <br> ) **UNDER SEAL** <br> ) <br> ) <br> ) <br> ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the United States and the Relator John Klausmeier ("Relator") stipulate to the dismissal of the claims in this action brought by the Relator under the *qui tam* provisions of the False Claims Act (FCA), 31 U.S.C. §§ 3729-3733, on behalf of the United States, pursuant to the terms and conditions of a settlement agreement among the United States, Relator, and Defendants W International, LLC, W International SC, LLC, Precision Material Equipment Handling, LLC, and Edward Walker which was effective March 10, 2026 (the "Settlement Agreement"). The dismissal shall be with prejudice as to Relator. The dismissal shall be with prejudice as to the United States with respect to the Covered Conduct, as that term is defined in the Agreement, and otherwise without prejudice as to the United States.

A proposed order accompanies this notice.

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL
CIVIL DIVISION

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:     *s/ James C. Leventis*
James C. Leventis, Jr. (#9403)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Email: james.leventis@usdoj.gov
Ph: (803) 343-3172

JAMIE ANN YAVELBERG
MICHAL TINGLE
GREGORY PEARSON
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 307-6699

*Attorneys for the United States of America*

*s/ William N. Nettles*
William N. Nettles (Fed ID No. 6586)
Law Office of Bill Nettles
2008 Lincoln Street
Columbia, South Carolina 29201
Email: bill@billnettleslaw.com
Phone: (803) 814-2826

*Attorney for Relator John Klausmeier*

March 17, 2026