**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. John Klausmeier,<br><br>       Plaintiff-Relator,<br><br>       v.<br><br>General Dynamics Electric Boat<br>Corp.; W International, LLC; W<br>International SC, LLC; Precision<br>Material Handling Equipment, LLC;<br>Edward Walker,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 2:22-cv-01474-DCN<br><br>   **FILED EX PARTE AND**<br>   <u>**UNDER SEAL**</u> |

<u>**ORDER**</u>

The United States and the Relator having filed a Joint Stipulation of Dismissal pursuant to the terms and conditions of a settlement agreement ("Settlement Agreement") entered into among the Parties and effective as of March 10, 2023, the Court rules as follows:

ORDERED that all claims asserted in this action under the False Claims Act, 31 U.S.C. §§ 3729-3733, are dismissed with prejudice as to the Relator; and

IT IS FURTHER ORDERED that all claims in this action for the Covered Conduct as defined in the Settlement Agreement are dismissed with prejudice as to the United States. All other claims asserted in this action are dismissed without prejudice as to the United States;

**IT IS SO ORDERED.**

_____
The Honorable David C. Norton
United States District Court Judge

March 18, 2026
Charleston, South Carolina